UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 3417**

HENRY HOLMES
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

POLICE COMM. RAYMOND KELLY;
DETECTIVE MICHAEL CENTRONE; LT
PHILIP MARKS; QUEENS ASSISTANT
DISTRICT ATTORNEY JOHN/ JANE DOE
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   HENRY HOLMES
            ID #   441-13-00580
            Current Institution   A.M.K.C.
            Address   18-18 HAZEN STREET
                      EAST ELMHURST, N.Y. 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   POLICE COMM. RAYMOND KELLY   Shield #_____
                  Where Currently Employed   POLICE HEADQUARTERS
                  Address   1 POLICE PLAZA
                            NEW YORK, N.Y. 10007

Rev. 05/2010

MAY 20 2013
PRO SE OFFICE

1

Defendant No. 2   Name __DETECTIVE MICHAEL CENTRONE__ Shield # __917494__
                  Where Currently Employed __103rd PRECINCT__
                  Address __168-02 P.O. BYRNE EDWARD AVENUE__
                  __QUEENS, N.Y.__

Defendant No. 3   Name __LT PHILIP MARKS__ Shield #__901513__
                  Where Currently Employed __103rd PRECINCT__
                  Address __168-02 P.O. EDWARD BYRNE AVENUE__
                  __QUEENS, N.Y.__

Defendant No. 4   Name __A.D.A. JOHN/JANE DOE__ Shield # _____
                  Where Currently Employed __QUEENS CRIMINAL COURT__
                  Address __125-01 QUEENS BLVD.__
                  __KEW GARDENS, N.Y. 11415__

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     __NOT APPLICABLE__

B.   Where in the institution did the events giving rise to your claim(s) occur?
     __NOT APPLICABLE__

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     __JANUARY 25, 2013, AT APPROXIMATELY 5:00 P.M.__

D. Facts: ON JANUARY 29, 2013 AT APPROXIMATELY 5:00 P.M. IN THE VICINITY OF 105th STREET, AND LIVERPOOL STREET, WALKING

*What happened to you?*

DOWN A RESIDENTIAL BLOCK IN FRONT OF A PRIVATE CHURCH AFTER COMING FROM THE GROCERY STORE TWO(2) UNIDENTIFIED POLICE DETECTIVE MICHAEL CENTRONE #917404, AND LT PHILIP MARKS 3901913 ACCOSTED ME AND ENGAGED IN IDLE CONVERSATION

*Who did what?*

BY STATING THAT" I THOUGHT THAT WAS YOU FROM A PREVIOUS ARREST IN A FEMALE'S APARTMENT THAT RESULTED IN A PAROLE VIOLATION. WITHOUT PROBABLE CAUSE, AND THE SOLE PURPOSE OF RACIAL PROFILING THESE OFFICERS BEGAN TO SEARCH MY GROCERIES, AND FOUND AN EMPTY STRAW IN MY INSIDE POCKET, AND CLAIMED IT HAD DRUG RESIDUE,

*Was anyone else involved?*

WITHOUT TESTING THE STRAW. THEY APPROACHED FROM A DARK TINTED ALTIMA, WHERE IT WAS HIGHLY IMPOSSIBLE TO DETECT A STRAW ON THE INSIDE OF MY JACKET/SHIRT POCKET. AS THE COURT CAN SEE THAT I DID IN FACT HAVE GROCERIES IN MY HAND(SEE PROPERTY RECEIPT ATTACHED HERETO AS AN EXHIBIT IN SUPPORT OF RACIAL PROFILING) I WAS THEN HANDCUFFED AND TAKEN TO THE 103rd PRECINCT, WHERE I WAS UNLAWFULL

*Who else saw what happened?*

STRIPPED SEARCHED FOR A MISDEMEANOR CHARGE, WHERE IT IS AGAINST THE LAW TO STRIP A PERSON FOR SUCH A LOW CALIBER CRIME. AT THAT TIME DETECTIVE MICHAEL CENTRONE PROCEEDED TO INVADE MY ANAL CAVITY, BY STICKING HIS FINGERS IN MY BUTTOCKS, AND BEGAN TO PROBE MY ANUS UNCOVERING NOTHING, BUT AT ALL TIMES IT WAS SEXUA

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I SUFFERED HUMILIATION, EMBARASSMENT, PSYCHOLOGICA DAMAGE, RUPTURED ANAL CAVITY, FEAR OF POLICE, NIGHTMARES, COLDSWEATS UNLAWFUL IMPRISONMENT, PERMANENT EMOTIONAL SCARS, LOSS OF FAMILY MEMBERS DURING INCARCERATION, LOWER BACK PAIN FROM INSUFFICIENT BED FRAMES PROVIDED BY NEW YORK CITY DEPARTMENT OF CORRECTIONS DEPRIVED OF HEALTHY FOODS,

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No XX

PAGE(3) CONTINUED.....

HARASSMENT CONDUCTED IN A MALICIOUS MAXXERXXXXXXXX AND SADISTIC MANNER WITH THE SOLE PURPOSE OF CAUSING PHYSICAL INJURY, ADD EMOTIONL TORMENT. I THEN APPROACHED HIS SUPERVISOR DEFENDANT LT. PHILIP MARKS #901913 ABOUT THE SEXUAL CONDUCT OF HIS SUBORDINAT AND HE BREPLIED" YOU LUCKY I DID NOT DO IT. I FELT SO VIOLATED, AND SCARED FOR MY LIFE.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
NOT APPLICABLE

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No __XX__  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No __XX__  Do Not Know ____

If YES, which claim(s)?  NOT APPLICABLE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No __XX__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __XX__  No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?  INTERNAL AFFAIRS

1. Which claim(s) in this complaint did you grieve?  ALL OF THEM

2. What was the result, if any?  NO RESPONSE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
NOT APPLICABLE

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
BECAUSE OF THE SERIOUSNESS OF THE DEFENDANTS ACTIONS I WAS SCARED FOR MY LIFE.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                    INTERNAL AFFAIRS                    4

when and how, and their response, if any: APRIL2X0xxx april 27, 2010

(SEE ATTACHED LETTER FROM INTERNAL AFFAIRS)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. THISA FACILITY DOES NOT HAVE A OPERABLE GRIEVANCE PROGRAM HERE( A.M.K.C.)

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). FOR PAIN AND SUFFERING AND INVADING MY ANAL CAVITY, AND ILLEGAL SEARCH AND SEIZURE I SEEK DAMAGES FROM DEFENDANTS(EACH) IN THEIR INDIVIDUAL AND OFFICIAL CAPSCITY INTHE AMOUNT OF FIVE(5) MILLION DOLLARS, AND PUNITIVE DAMAGES TO DETER DEFENDANTS FROM FUTURE FALSE ARRESTS IN THE AMOUNT OF FIVE(5) MILLION DOLLARS FOR A SUBTOTAL OF TEN(10) MILLION DOLLARS.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No XX

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____NOT APPLICABLE_____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   3. Docket or Index number _____NOT APPLICABLE_____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____NOT APPLICABLE_____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____NOT APPLICABLE_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No XX

   [On other claims]

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____NOT APPLICABLE_____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   3. Docket or Index number _____NOT APPLIBABLE_____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____NOT APPLICABLE_____
   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____NOT APPLICABLE_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __MAY__, 20__13__.

Signature of Plaintiff _____

Inmate Number   4411300990

Institution Address   18- 18 HAZEN STREET, A.M.K.C.
EAST ELMHURST, N.Y.

11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __9__ day of __MAY__, 20__13__ am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
HENRY HOLMES